MARSHALL would grant certiorari.

No. 77–6288.  GIBSON v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 77–863.  BUTHORN v. UNITED STATES, *ante,* p. 915; and
No. 77–1028.  INSURANCE COMPANY OF NORTH AMERICA v. MOSLEY ET AL., *ante,* p. 918.  Petitions for rehearing denied.

MAY 1, 1978

No. 77–1061.  DARKS v. TRANSOK PIPE LINE Co.  Appeal from Ct. Crim. App. Okla. dismissed for want of substantial federal question.

No. 77–1250.  INTERNATIONAL TRACERS OF AMERICA v. ESTATE OF HARD ET AL.  Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 77–1285.  TOWNSHIP OF MIDLAND ET AL. v. MICHIGAN STATE BOUNDARY COMMISSION ET AL.  Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 77–6361.  RAITPORT v. ACRO-MATIC, INC.  Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.